JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; THEODORE ARTHUR PINNOCK, An Individual, <br><br> Plaintiffs, <br> v. <br> BUENA VISTA INVESTORS, LLC; and DOES 1 THROUGH 10, Inclusive <br><br> **Defendants** | Case No.: CV 19-4199 DMG (ASx) <br><br> ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [28] |

Based on the parties' Joint Stipulation for Dismissal With Prejudice and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. The parties herein shall bear their own respective attorney's fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: January 27, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE